E-FILED
Friday, 16 January, 2026 03:44:46 PM
Clerk, U.S. District Court, ILCD

# — EXHIBIT A —

Return Processing Center:
PO Box 173071 | Milwaukee, WI 53217

<<First Name>> <<Last Name>>
<<Address 1>>
<<Address 2>>
<<City>>, <<State>> <<Zip>>

<<Date>>

Notice of Data Breach

Dear <<First Name>> <<Last Name>>:

Dot Foods, Inc. ("Dot Foods") and Dot Transportation, Inc. ("DTI") are notifying you of an incident that may affect the confidentiality of some of your personal information. Although we have no indication of identity theft or fraud in relation to this incident, we are providing you with information about what happened, our response, and additional measures you can take to help protect your personal information, should you wish to do so.

**What Happened?** On December 3, 2025, we identified suspicious activity involving a small number of email accounts. We promptly secured those email accounts and started an extensive investigation, with the assistance of cybersecurity and computer forensics specialists. The investigation determined that certain email messages within the impacted email accounts were viewed by an unauthorized actor between December 3, 2025, and December 4, 2025. We are unable to confirm whether attachments to the viewed emails were also viewed without authorization, but we can't rule it out. On December 15, 2025, we identified that an attachment to one of the accessed email messages contained information relating to you, detailed further below. We're notifying you now, because your information may have been subject to unauthorized access. The unauthorized user also accessed our Dot Rewards platform, so we have locked down access to it while we investigate.

**What Information Was Involved?** Personal information including your name and Social Security number were present within an attachment that may have been viewed without authorization. Again, we cannot confirm if this attachment was actually viewed, but we cannot rule it out. We worked with a third party to validate that no customer information was impacted during the incident. Our investigation is ongoing, and we will move quickly to update you should we discover additional information relating to you.

**What We Are Doing**. We take this incident and the security of information in our care seriously. Upon learning of the incident, we moved quickly to investigate and respond, confirm the security of our environment, and determine what information was impacted. As part of our ongoing commitment to information security, we have reviewed our existing policies and procedures and enhanced technical safeguards to reduce the likelihood of a similar future event. As an added precaution, we are offering complimentary credit monitoring and identity restoration services to you for 24 months through Norton LifeLock. The enrollment instructions are included on the following page of this letter.

**What You Can Do.** We encourage you to remain vigilant against incidents of identity theft by reviewing account statements and credit reports for unusual activity and to detect errors, and to report any suspicious activity to your financial institutions. We also encourage you to review the information contained in the enclosed *Steps You Can Take to Help Protect Personal Information*. In addition, we encourage you to enroll in the complimentary credit monitoring services we are making available to you.

**For More Information.** For more information, please visit https://one.dotfoods.com/credit-identity-theft-monitoring. If you have additional questions or need further assistance, you may reach out to our Vice President Human Resources, Mandi Clark, at 877-745-1700 (toll-free) or benefits@dotfoods.com. You may also write to us at 1 Dot Way, P.O. Box 192, Mt. Sterling, IL 62353.

We apologize for any concern this incident may cause you, and remain committed to the privacy and security of the information in our care.

Sincerely,
Dot Foods, Inc.

## STEPS YOU CAN TAKE TO PROTECT PERSONAL INFORMATION

**Enroll in Monitoring Services**

Norton LifeLock Identity enrollments will include two-year enrollments into the following services:

DOT Foods Inc. has retained Norton LifeLock to provide **two (2) years** of complimentary **LifeLock DefenderTM Choice** identity theft protection.

**To activate your membership online and get protection at no cost to you:**

1. In your web browser, go directly to **Norton.com/offers**

2. Below the THREE protection plan boxes, you may enter the Promo Code: **DTFOOD2512** and click the **"APPLY"** button.

3. Your complimentary offer is presented. Click the Yellow **"START MEMBERSHIP"** button.

4. A Popup will appear to enter your Member ID **<<Monitoring Code>>** and click "APPLY"

5. Once enrollment is completed, you will receive a confirmation email (*be sure to follow ALL directions in this email*).

**Alternatively, to activate your membership over the phone, please call: (866) 885-7531**

**You will have until March 28th, 2026, to enroll in this service.**

Once you have completed the LifeLock enrollment process, the service will be in effect. Your **LifeLock DefenderTM Choice** membership includes:

√ Primary Identity Alert System†
√ 24/7 Live Member Support
√ Dark Web Monitoring**
√ NortonTM Security Deluxe[2] (90 Day Free Subscription)
√ Stolen Funds Reimbursement up to $25,000 †††
√ Personal Expense Compensation up to $25,000 †††
√ Coverage for Lawyers and Experts up to $1 million †††
√ U.S.-Based Identity Restoration Team
√ One-Bureau Credit Monitoring[1]**
√ Annual One-Bureau Credit Report & Credit Score[1]**

The credit score provided is a VantageScore 3.0 credit score based on Equifax data. Third parties use many different types of credit scores and are likely to use a different type of credit score to assess your creditworthiness.

[1] If your plan includes credit reports, scores, and/or credit monitoring features ("Credit Features"), two requirements must be met to receive said features: (i) your identity must be successfully verified with Equifax; and (ii) Equifax must be able to locate your credit file and it must contain sufficient credit history information. IF EITHER OF THE FOREGOING REQUIREMENTS ARE NOT MET YOU WILL NOT RECEIVE CREDIT FEATURES FROM ANY BUREAU. If your plan also includes Credit Features from Experian and/or TransUnion, the above verification process must also be successfully completed with Experian and/or TransUnion, as applicable. If verification is successfully completed with Equifax, but not with Experian and/or TransUnion, as applicable, you will not receive Credit Features from such bureau(s) until the verification process is successfully completed and until then you will only receive Credit Features from Equifax. Any credit monitoring from Experian and TransUnion will take several days to begin after your successful plan enrollment.
No one can prevent all identity theft or cybercrime. † LifeLock does not monitor all transactions at all businesses.
[2]Norton Security Online provides protection against viruses, spyware, malware, and other online threats for up to 5 PCs, Macs, Android devices. Norton account features not supported in this edition of Norton Security Online. As a result, some mobile features for Android are not available such as anti-theft and mobile contacts backup. iOS is not supported.

** These features are not enabled upon enrollment. Member must take action to get their protection.
††† Reimbursement and Expense Compensation, each with limits of up to $25,000 for Defender Choice. And up to $1 million for coverage for lawyers and experts if needed, for all plans. Benefits provided by Master Policy issued by United Specialty Insurance Company (State National Insurance Company, Inc. for NY State members). Policy terms, conditions and exclusions at: LifeLock.com/legal.

**Monitor Your Accounts**

Under U.S. law, a consumer is entitled to one free credit report annually from each of the three major credit reporting bureaus, Equifax, Experian, and TransUnion. To order a free credit report, visit www.annualcreditreport.com or call, toll-free, 1-877-322-8228. Consumers may also directly contact the three major credit reporting bureaus listed below to request a free copy of their credit report.

Consumers have the right to place an initial or extended "fraud alert" on a credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If consumers are the victim of identity theft, they are entitled to an extended fraud alert, which is a fraud alert lasting seven years. Should consumers wish to place a fraud alert, please contact any of the three major credit reporting bureaus listed below.

As an alternative to a fraud alert, consumers have the right to place a "credit freeze" on a credit report, which will prohibit a credit bureau from releasing information in the credit report without the consumer's express authorization. The credit freeze is designed to prevent credit, loans, and services from being approved in a consumer's name without consent. However, consumers should be aware that using a credit freeze to take control over who gets access to the personal and financial information in their credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application they make regarding a new loan, credit, mortgage, or any other account involving the extension of credit. Pursuant to federal law, consumers cannot be charged to place or lift a credit freeze on their credit report. To request a credit freeze, individuals may need to provide some or all of the following information:

1. Full name (including middle initial as well as Jr., Sr., II, III, etc.);
2. Social Security number;
3. Date of birth;
4. Addresses for the prior two to five years;
5. Proof of current address, such as a current utility bill or telephone bill;
6. A legible photocopy of a government-issued identification card (state driver's license or ID card, etc.); and
7. Social Security Card, pay stub, or W2; and
8. A copy of either the police report, investigative report, or complaint to a law enforcement agency concerning identity theft if they are a victim of identity theft.

Should consumers wish to place a credit freeze or fraud alert, please contact the three major credit reporting bureaus listed below:

| Equifax | Experian | TransUnion |
|---|---|---|
| https://www.equifax.com/personal/credit-report-services/ | https://www.experian.com/help/ | https://www.transunion.com/data-breach-help |
| 1-888-298-0045 | 1-888-397-3742 | 1-833-799-5355 |
| Equifax Fraud Alert, P.O. Box 105069 Atlanta, GA 30348-5069 | Experian Fraud Alert, P.O. Box 9554, Allen, TX 75013 | TransUnion, P.O. Box 2000, Chester, PA 19016 |
| Equifax Credit Freeze, P.O. Box 105788 Atlanta, GA 30348-5788 | Experian Credit Freeze, P.O. Box 9554, Allen, TX 75013 | TransUnion, P.O. Box 160, Woodlyn, PA 19094 |

**Additional Information**

Consumers may further educate themselves regarding identity theft, fraud alerts, credit freezes, and the steps they can take to protect their personal information by contacting the consumer reporting bureaus, the Federal Trade Commission, or their state Attorney General. The Federal Trade Commission may be reached at: 600 Pennsylvania Avenue NW, Washington, D.C. 20580; www.identitytheft.gov; 1-877-ID-THEFT (1-877-438-4338); and TTY: 1-866-653-4261. The Federal Trade Commission also encourages those who discover that their information has been misused to file a complaint with them. Consumers can obtain further information on how to file such a complaint by way of the contact

information listed above. Consumers have the right to file a police report if they ever experience identity theft or fraud. Please note that in order to file a report with law enforcement for identity theft, consumers will likely need to provide some proof that they have been a victim. Instances of known or suspected identity theft should also be reported to law enforcement and the relevant state Attorney General. This notice has not been delayed by law enforcement.

*For Maryland residents*, the Maryland Attorney General may be contacted at: 200 St. Paul Place, 16th Floor, Baltimore, MD 21202; 1-410-576-6300 or 1-888-743-0023; and https://www.marylandattorneygeneral.gov.

*For Massachusetts residents*, under Massachusetts law, you have the right to obtain any police report filed in regard to this incident. If you are the victim of identity theft, you also have the right to file a police report and obtain a copy of it.

*For New Mexico residents*, consumers have rights pursuant to the Fair Credit Reporting Act, such as the right to be told if information in their credit file has been used against them, the right to know what is in their credit file, the right to ask for their credit score, and the right to dispute incomplete or inaccurate information. Further, pursuant to the Fair Credit Reporting Act, the consumer reporting bureaus must correct or delete inaccurate, incomplete, or unverifiable information; consumer reporting agencies may not report outdated negative information; access to consumers' files is limited; consumers must give consent for credit reports to be provided to employers; consumers may limit "prescreened" offers of credit and insurance based on information in their credit report; and consumers may seek damages from violators. Consumers may have additional rights under the Fair Credit Reporting Act not summarized here. Identity theft victims and active-duty military personnel have specific additional rights pursuant to the Fair Credit Reporting Act. We encourage consumers to review their rights pursuant to the Fair Credit Reporting Act by visiting www.consumerfinance.gov/f/201504_cfpb_summary_your-rights-under-fcra.pdf, or by writing Consumer Response Center, Room 130-A, Federal Trade Commission, 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.

*For New York residents,* the New York Attorney General may be contacted at: Office of the Attorney General, The Capitol, Albany, NY 12224-0341; 1-800-771-7755; or https://ag.ny.gov.

*For North Carolina residents*, the North Carolina Attorney General may be contacted at: 9001 Mail Service Center, Raleigh, NC 27699-9001; 1-877-566-7226 or 1-919-716-6000; and www.ncdoj.gov.